CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NEHEMIAH KONG

Plaintiff,

v.

PLATFORM HAYDEN TRACT, LLC, a Delaware Limited Liability Company;
BOBA GUYS LA, LLC, a California Limited Liability Company

Defendants.

**Case:** 2:20-cv-11387-FLA-KS

**Plaintiff's Notice of Voluntary Dismissal With Prejudice**

**Fed. R. Civ. P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that Plaintiff Nehemiah Kong, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Platform Hayden Tract, LLC, a Delaware Limited Liability Company and Boba Guys LA, LLC, a California Limited Liability Company have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: March 4, 2021 CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorney for Plaintiff