**PROOF OF SERVICE**

**Kong v. Platform Hayden Tract, LLC**

CASE #: 2:20-cv-11387-FLA-KS

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 8033 Linda Vista Road, Suite 200 San Diego, CA 92111

On March 4, 2021 I served the following document(s):

- **Plaintiff's Notice of Voluntary Dismissal With Prejudice Fed. R. Civ. P. 41(a)(1)(A)(i)**

Addressed to:

| | |
|---|---|
| Platform Hayden Tract, LLC<br>9900 Culver Blvd, 1A<br>Culver City, CA 90232 | Boba Guys LA, LLC,<br>631 Folsom St Num 5B<br>San Francisco CA 94107 |

☑ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☐ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on March 4, 2021, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Kayla Drayton